UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN AMES AND MICHAEL PANTONY AS
TRUSTEES OF THE UNITED WELFARE FUND,
WELFARE DIVISION AND UNITED WELFARE
FUND, SECURITY DIVISION,

                Plaintiffs,

     -against-

WORLD HYUNDAI, LLC D/B/A WORLD HYUNDAI
and STEPHEN M. RADLER,

                Defendants.
-----------------------------------------------------------------X

Civil Action Number

**07 CIV. 7750**

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                              NONE.

Date: August 27, 2007

                              Thomas Rubertone, Jr. (TR2193)
                              For Law Offices of:
                              Richard M. Greenspan, P.C.
                              Attorneys for Plaintiffs
                              220 Heatherdell Road
                              Ardsley, New York 10502
                              (914) 478-2801

[Z:\mcommesso\WPDOCS07\UWF&SD\WorldHyundai\ERISARule7.1.wpd]