**STATE OF NEW YORK**  **COUNTY OF**     INDEX #: 07-CIV 7750
**UNITED STATES DISTRICT COURT**     Date Filed: August 30, 2007
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): Richard M. Greenspan, P.C.:   PH: (914)478-2801
ADDRESS: 220 Heatherdell Road  Ardsley NY  10502   File No.:

*John Ames and Michael Pantony as Trustees of the United Welfare Fund, Welfare Division et al*

*Plaintiff(s)/Petitioner(s)*

*vs*

*World Hyundai, LLC and Stephen M. Radler*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Thomas G. Russo, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 19, 2007 at 5:25pm, at 182-30 Jamaica Avenue, Jamaica, NY 11423, deponent served the within Summons in a Civil Action and Complaint

on: **Stephen M. Radler**, **Defendant** therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☐ By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to William Howard a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
Address confirmed by ____

**#5 MAIL COPY** [X] On September 26, 2007, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: Black   Color of hair: Black   Age: 36 - 50 Yrs.   Height: 5' 9" - 6' 0"
Weight: 161 - 200 Lbs.   Other Features: ____

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** ☐

Sworn to before me on   September 26, 2007

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

Thomas G. Russo
Server's Lic # 1076023
Invoice•Work Order # 0711994

*INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225*

Index # 07 civ. 7750
Purchased/Filed: August 30, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

---

John Ames and Michael Pantony, as Trustees of the United Welfare Fund, Welfare Divison; et al          Plaintiff

against

World Hyundai, LLC and Stephen M. Radler          Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**          Approx. Age: 45 yrs

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

__Robin Brandow__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __October 9, 2007__, at __11:00am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons in a Civil Action and Complaint__ on __World Hyundai, LLC__, the Defendant in this action, by delivering to and leaving with __Donna Christie__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __LIMITED LIABILITY COMPANY LAW §303__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

9th  day of  October, 2007

*[signature]*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*[signature]*
Robin Brandow

Invoice•Work Order # 0720508