UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN AMES AND MICHAEL PANTONY AS      CIVIL ACTION NUMBER
TRUSTEES OF THE UNITED WELFARE FUND,     07 CV 7750 (SCR)
WELFARE DIVISION AND THE UNITED WELFARE
FUND, SECURITY DIVISION,

                                  PLAINTIFFS,

   -AGAINST-                               NOTICE OF DISMISSAL
                                                    BY PLAINTIFFS
WORLD HYUNDAI, LLC AND STEPHEN M.
RADLER,

                                  DEFENDANT.
------------------------------------------------------------------------X

       Defendant not having served an answer to the complaint in this matter, plaintiffs hereby discontinue the above-entitled action and dismiss the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(A)(1)(i).

Dated: December 6, 2007
        Ardsley, New York

                                                      s/Julie Pearlman Schatz
                                                      Julie Pearlman Schatz (JS 6474)
                                                      Law Offices of:
                                                      Richard M. Greenspan, P.C.
                                                      Attorney for Plaintiffs
                                                      220 Heatherdell Road
                                                      Ardsley, New York 10502
                                                      (914) 478-2801
                                                      julie.rmglaw@verizon.net

[Z:\mcommesso\WPDOCS07\UWF&SD\WorldHyundai\NoticeDismissalPlaintiff.wpd]