Robinson, J. SVP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN AMES AND MICHAEL PANTONY AS
TRUSTEES OF THE UNITED WELFARE FUND,
WELFARE DIVISION AND THE UNITED WELFARE
FUND, SECURITY DIVISION,

                PLAINTIFFS,

-AGAINST-

WORLD HYUNDAI, LLC AND STEPHEN M.
RADLER,

                DEFENDANT.
-----------------------------------------------------------------X

CIVIL ACTION NUMBER
07 CV 7750 (SCR)

NOTICE OF DISMISSAL
BY PLAINTIFFS

Defendant not having served an answer to the complaint in this matter, plaintiffs hereby discontinue the above-entitled action and dismiss the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(A)(1)(i).

Dated: January 11, 2008
       Ardsley, New York

Julie Pearlman Schatz (JS 6474)
Law Offices of:
Richard M. Greenspan, P.C.
Attorney for Plaintiffs
220 Heatherdell Road
Ardsley, New York 10502
(914) 478-2801
julie.rmglaw@verizon.net

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

January 29 2008
White Plains, N.Y.